UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRYSTAL GARCIA,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>WALMART INC.; DOES 1 to 25 Inclusive,<br><br>　　　　　　Defendants. | Case No.: 5:25-cv-01727-EKL<br>*[Santa Clara Superior Court Case No.: 24CV453047]*<br><br>**[~~PROPOSED~~] ORDER RE NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)**<br><br>Complaint Filed: December 2, 2024 |

**IT IS HEREBY ORDERED** that the Complaint of Plaintiff CRYSTAL GARCIA is hereby dismissed in its entirety, with prejudice.

Dated: __August 25, 2025__　　　　By: _____
　　　　　　　　　　　　　　　　　　　　U.S. DISTRICT COURT JUDGE